

**IT IS ORDERED as set forth below:**

Date: December 15, 2023

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:  DALLAS D WHITTED | } CHAPTER 13 |
| | } |
| | } CASE NO. A21-52730-PWB |
| DEBTOR(S) | } |
| | } JUDGE BONAPFEL |

### ORDER ON TRUSTEE'S MOTION TO CONVERT

The above-styled matter was scheduled to come before the Court on November 29, 2023. It appearing to the Court, that the Chapter 13 Trustee has filed a Motion to Convert the Debtor's Chapter 13 case to one under Chapter 7. It further appearing to the Court that the Debtor, through counsel, and the Chapter 13 Trustee have agreed to resolve the Trustee's Motion as indicated herein. For cause shown, it is

ORDERED that the Debtor shall continue making regular payments as required by the Debtor's confirmed plan on a strict compliance basis for the term of twelve (12) months from the entry of this order. It is further

ORDERED, that should the Debtor default on any of the above-stated terms this case may be converted to Chapter 7 without further hearing, upon the receipt of the Trustee's Supplemental Report and Proposed Order Converting the Case to One under Chapter 7.

The Clerk of Court is directed to serve notice of this Order to the Debtor, the Debtors' attorney, and the Chapter 13 Trustee, and all parties in interest.

**END OF DOCUMENT**

Presented by:

_____/S/_____
Albert C. Guthrie
Attorney for the Chapter 13 Trustee
Georgia Bar Number 142399
285 Peachtree Center Avenue, Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

Consented to by:

_____/S/_____
Celia Washington
Attorney for the Debtor
Georgia Bar Number 044108
*signed w/ express permission by Albert C. Guthrie*
Clark & Washington, P.C.
3300 NE Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222

A21-52730-PWB

# **DISTRIBUTION LIST**

Serve a copy on all parties listed on the Mailing Matrix.